CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

**PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Skipper Seay Jacobs |
|---|---|
| Plaintiff, | |
| v. | Case No: 5:20-cr-40011-HLT-2 |
| FRANCISCO VALDEZ-GARIBAY, | Christopher Joseph |
| Defendant. | |

| JUDGE: | District Judge Holly L. Teeter | DATE: | 10/6/2020 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | None | PROBATION: | None |

**PROCEEDINGS**

☐ Arraignment & Plea    ☒ Waiver of Indictment    ☒ Felony
☒ Change of Plea    ☐ Appearance    ☐ Misdemeanor

☐ Interpreter    ☐ Sworn    ☐ Previously Sworn

☒ Constitutional Rights Explained
☐ Declines to Waive Indictment    ☐ Will be presented to next Grand Jury
☒ Signed Waiver of Indictment    ☒ Information filed in open Court
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:    ☐ Read to Defendant:
    ☐ Indictment
    ☒ Information
    ☐ Number of Counts:

☒ Petition to Enter Plea Filed    ☒ Plea Agreement Attached

    ☒ Previous Plea of
        ☐ Guilty    ☒ Not Guilty    Counts: _ withdrawn

    ☒ Plea of GUILTY as to Counts  1 of the information   Accepted

    ☐ Plea of NOT GUILTY as to Counts

☒ Judgment Deferred    ☒ PSI Ordered    ☒ Sentencing set for: January 19, 2021 at 9:00 a.m.
☒ Continued on Present Bail    ☐ Remanded to Custody
☒ Counts to be dismissed on Motion of the US at sentencing:    all remaining counts
☒ OTHER:   Counsel and Defendant appear remotely via Zoom video conference.  Defendant signed written consent to appear via video conference. Doc. 34.  Sentencing memorandum deadline is set for January 12, 2021.