

FILED IN OPEN COURT
10/6/20
TIMOTHY M. O'BRIEN, CLERK
BY Misty Deaton
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.            Case No. 20-cr-40011-HLT-02

FRANCISCO VALDEZ-GARIBAY,
    Defendants.

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about September 12, 2019, in the District of Kansas, the defendant,

**FRANCISCO VALDEZ-GARIBAY,**

knowing that an offense against the United States had been committed, namely:

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c),**

did receive, relieve, comfort, and assist the offender, **DALLAS SRIVISAY**, in order to hinder and prevent the offender's apprehension in violation of Title 18, United States Code, Section 3.

        STEPHEN R. McALLISTER
        UNITED STATES ATTORNEY

        By: s/Skipper Jacobs
        Skipper S. Jacobs, #26848
        Assistant United States Attorney